UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN O'CONNOR, | No. 2: 19-cv-0658 KJN P |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On May 1, 2019, the undersigned dismissed plaintiff's complaint with leave to amend based on plaintiff's failure to link defendants to the alleged deprivations. (ECF No. 7.)

On May 2, 2019, plaintiff filed a motion for emergency injunctive relief. (ECF No. 10.) For the reasons stated herein, defendants are granted ten days to file a response to plaintiff's motion for emergency injunctive relief.

Plaintiff is housed at Mule Creek State Prison ("MCSP"). In the pending motion, plaintiff alleges that he uses a CPAP machine due to sleep apnea. Plaintiff alleges that doctors have ordered that he have access to continuous electrical power for his CPAP machine. In a grievance dated March 26, 2019, attached to the pending motion, plaintiff alleged that he stopped breathing when his CPAP machine stopped working due to a power outage. In the grievance, plaintiff also

alleged that he suffered chest pains and was afraid he would die if his CPAP machine lost power while he was sleeping.

Attached to the pending motion is a medical chrono dated August 26, 2015 stating that plaintiff requires access to "continuous powered generator, CPAP." Also attached to the motion is a classification chrono dated March 6, 2018 from MCSP. This chrono states that plaintiff uses a CPAP machine and requires electrical access.

Plaintiff alleges that defendants have recently informed plaintiff that he will experience power outages. Attached to the motion is a memorandum dated April 11, 2019, informing inmates that MCSP will experience power interruptions from Friday April 12, 2019, through Monday April 15, 2019. Plaintiff alleges that this memo does not contain information regarding accommodations for inmates, like plaintiff, who require access to continuous power.

In the pending motion, plaintiff alleges that defendants have failed to move plaintiff to a location which provides continuous power. Plaintiff requests that defendants be ordered to provide him with continuous power for his CPAP machine.

The court intends to act on plaintiff's request for injunctive relief within fourteen days of the date of this order. Defendants have not been served and are not required to appear. If defendants wish to take any position with respect to plaintiff's request, they may do so within ten days of the date of this order.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court shall serve this order and plaintiff's May 2, 2019 motion for injunctive relief (ECF No. 10) on Supervising Deputy Attorney General Monica Anderson;

2. Defendants are granted ten days from the date of this order to file a response to plaintiff's May 2, 2019 motion for injunctive relief.

Dated: May 8, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Oconn658.pi

2