UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN O'CONNOR,<br><br>   Plaintiff,<br><br>   v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>   Defendants. | No.  2: 19-cv-0658 KJM KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  Several matters are pending before the court.

On October 17, 2019, plaintiff filed a motion for leave to open discovery and bypass any settlement conference.  (ECF No. 37.)  On September 8, 2020, the Honorable Kimberly J. Mueller granted defendants' motion to dismiss and ordered defendants to file a response to plaintiff's Eighth Amendment claim for damages in the amended complaint within twenty-one days of service of the order.  (ECF No.  45.)

Plaintiff is informed that the court will issue a Discovery and Scheduling Order after defendants file the response to the amended complaint.  Following issuance of that order, plaintiff may conduct discovery.  Accordingly, plaintiff's motion for leave to open discovery and bypass any settlement conference is deemed resolved.

1            On December 2, 2019, plaintiff filed a motion to enlarge the record.  (ECF No. 42.)  In the
2    motion to enlarge the record, plaintiff states that a page from his objections to the November 1,
3    2019 findings and recommendations recommending that his motion for injunctive relief be denied
4    is missing a page.  Plaintiff included the missing page with his December 2, 2019 motion to
5    enlarge the record.

6            On September 8, 2020, Judge Mueller denied plaintiff's motion for injunctive relief.
7    (ECF No. 45.)  Accordingly, plaintiff's motion to enlarge the record to include the page missing
8    from his objections is deemed resolved.

9            On February 21, 2020, plaintiff filed a motion to advance this litigation and to enlarge the
10   record.  (ECF No. 43.)  Plaintiff's motion to advance this litigation is deemed resolved based on
11   Judge Mueller's order granting defendants' motion to dismiss and denying plaintiff's motion for
12   injunctive relief.  (ECF No. 45.)

13           On August 31, 2020, plaintiff filed a letter with the court alleging that he is being denied
14   his right to self-representation in four cases he has pending in this court, including the instant
15   action.  (ECF No. 44.)  Plaintiff alleges that prison officials will no longer copy his legal
16   documents.  Plaintiff appears to allege that he does not have adequate access to paper and pens.
17   Plaintiff alleges that he is being denied access to a mobile touch screen computer in order to
18   conduct legal research.  Plaintiff alleges that these conditions are related to the COVID-19
19   pandemic.

20           Plaintiff has had no legal deadlines in the instant action for approximately eight months.
21   Therefore, his ability to prosecute the instant action has not been significantly impacted by the
22   conditions described in his August 31, 2020 letter.  If plaintiff is unable to prosecute the instant
23   action going forward, he may file an appropriate motion with the court describing the conditions
24   limiting his prosecution of this action.

25           Accordingly, IT IS HEREBY ORDERED that:
26       1.  Plaintiff's request to leave open discovery and bypass any settlement conference
27           (ECF No. 37), motion to enlarge the record (ECF No. 42) and motion to advance this
28           litigation and enlarge the record (ECF No. 43) are deemed resolved;

2

     2. No orders will issue in response to plaintiff's August 31, 2020 letter (ECF No. 44).

Dated: September 10, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Ocon658.ord(2)