UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN O'CONNOR,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>    Defendants. | No. 2: 19-cv-0658 KJM KJN P<br><br><br>ORDER |

Pending before the court is defendant Lizarraga's motion for a sixty-days extension of time to file a response to plaintiff's first amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendant's motion for an extension of time (ECF No. 47) is granted;
2. Defendant Lizarraga's response to the amended complaint is due on or before November 28, 2020.

Dated: September 30, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

ocon658.eot

1