IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GLENN O'CONNOR,**<br><br>                              Plaintiff,<br><br>        v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,**<br><br>                              Defendants. | Case No. 2:19-cv-00658 KJM KJN (P)<br><br>**ORDER** |

   Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Good cause having been shown, Defendants' request for a twenty-one days extension of time to respond to Plaintiff's written discovery requests (ECF No. 61) is granted. Defendants Brockenborough, Weiss, Manning, Boyd, and Holmes shall have until January 12, 2021, to serve Plaintiff with responses to his first set of written discovery requests.

Dated:  December 23, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Ocon658.eot(2)

1

[Proposed] Order (2:19-cv-00658 KJM KJN)