UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN O'CONNOR, | No. 2: 19-cv-0658 KJM KJN P |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On January 14, 2021, plaintiff filed a notice with the court regarding his inability to mail discovery documents to defendant Lizarraga. (ECF No. 65.) On January 15, 2021, defendant Lizarraga filed a response. (ECF No. 66.) For the reasons stated herein, the issues raised in plaintiff's January 14, 2021 notice are deemed resolved.

In his January 14, 2021 notice, plaintiff states that prison officials refused to mail his responses to defendant Lizarraga's discovery requests for free because defendant Lizarraga is not represented by the Office of the Attorney General. In the January 15, 2021 response, defendant Lizarraga states that in response to plaintiff's January 14, 2021 notice, he sent plaintiff five standard envelopes (with prepaid postage) and two 10x14 large size envelopes with prepaid postage ($3.40) so that plaintiff can serve the documents responsive to defendant Lizarraga's

discovery requests.[1]

Good cause appearing, IT IS HEREBY ORDERED that the issues raised in plaintiff's January 14, 2021 notice (ECF No. 65) are deemed resolved.

Dated:  January 22, 2021

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Ocon658.res

---

[1] Attached to defendant Lizarraga's response is the letter defense counsel sent to plaintiff with the envelopes. (ECF No. 66 at 5.) The letter states, in part, "This is a one-time gesture. Next time, we seek sanctions against you for failure to comply with the U.S. District Court's Eastern District's Discovery rules." (Id.) If plaintiff is again unable to communicate with defendant Lizarraga's counsel because he cannot afford the postage, he shall notify the court.

2