UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN O'CONNOR,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>　　　　　Defendants. | No.  2: 19-cv-0658 KJM KJN P<br><br><br>ORDER |

　　Plaintiff, a state prisoner proceeding pro se, has requested that defendant Lizarraga be dismissed.  (ECF No. 69.)  Defendant Lizarraga has filed a statement of non-opposition to this request.  (ECF No. 70.)  Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

　　Accordingly, IT IS HEREBY ORDERED that defendant Lizarraga is dismissed.

Dated:  January 28, 2021

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Kendall J. Newman
　　　　　　　　　　　　　　　　　　　　　　　　KENDALL J. NEWMAN
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Ocon658.59

1