IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GLENN O'CONNOR,**<br><br>Plaintiff,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,**<br><br>Defendants. | Case No. 2:19-cv-00658 KJM KJN (PC)<br><br>**ORDER** |

Pending before the Court is Defendants' motion to modify the Discovery and Scheduling Order and request for an extension of time to oppose Plaintiff's motion to compel. Good cause appearing, IT IS HEREBY ORDERED that Defendants' motion to modify the Discovery and Scheduling Order and request for extension of time (ECF No. 81) is GRANTED. Defendants shall have until June 13, 2021, to file any opposition to Plaintiff's motion to compel. The parties shall have until July 22, 2021, to file any dispositive motions.

Dated: May 18, 2021

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Ocon658.mod

1