UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN O'CONNOR, | No. 2: 19-cv-00658 KJM KJN P |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court are plaintiff's motion to reopen discovery and motion to enlarge the record. (ECF Nos. 76, 78.) For the reasons stated herein, plaintiff's motion to reopen discovery is denied and plaintiff's motion to enlarge the record, construed as a motion to file a supplemental motion to compel, is granted.

On March 19, 2021, the undersigned issued an order denying plaintiff's February 14, 2021 motion to conduct additional discovery. (ECF No. 75.) In the March 19, 2021 order, the undersigned also granted plaintiff thirty days to file a motion to compel regarding defendants' responses to his first set of discovery requests. (Id.)

On March 24, 2021, plaintiff filed the pending motion to reopen discovery, which is largely duplicative of plaintiff's February 14, 2021 motion to conduct additional discovery. (ECF

1

No. 76.) Accordingly, plaintiff's March 24, 2021 motion to reopen discovery is denied as duplicative of plaintiff's February 14, 2021 motion to conduct additional discovery.

On April 1, 2021, plaintiff filed a motion to compel in response to the March 19, 2021 order. (ECF No. 77.) In this motion, plaintiff alleges that defendants failed to respond to his requests for admissions. Plaintiff also challenges defendants' response to his request for production of documents, request no. 1. On June 14, 2021, defendants filed an opposition to this motion to compel. (ECF No. 83.)

On April 14, 2021, plaintiff filed the pending motion to enlarge the record. (ECF No. 78.) In this motion, plaintiff moves to compel further responses to the request for production of documents addressed in the motion to compel filed April 1, 2021. Plaintiff alleges that medical problems prevented him from addressing these further requests in the motion to compel filed April 1, 2021. The undersigned construes the motion to enlarge the record as a motion to file a supplemental motion to compel.

As discussed above, on March 19, 2021, the undersigned granted plaintiff thirty days to file a motion to compel. Plaintiff filed the April 14, 2021 motion to file a supplemental motion to compel within thirty days of the March 19, 2021 order. For this reason, and good cause appearing, plaintiff's motion to file a supplemental motion to compel is granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to reopen discovery (ECF No. 76) is denied
2. Plaintiff's motion to enlarge the record (ECF No. 78), construed as a motion to file a supplemental motion to compel, is granted; defendants shall file a response to the supplemental motion to compel within thirty days of the date of this order.

Dated: June 29, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Ocon658.dis