IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GLENN O'CONNOR,**<br><br>Plaintiff,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,**<br><br>Defendants. | Case No. 2:19-cv-00658 KJM KJN<br><br>**ORDER** |

Pending before the Court is Defendants' motion to modify the Discovery and Scheduling Order. Good cause appearing, IT IS HEREBY ORDERED that Defendants' motion to modify the Discovery and Scheduling Order (ECF No. 87) is GRANTED. The July 22, 2021 dispositive motion deadline is vacated and reset to thirty days after the court rules on plaintiff's motions to compel (ECF Nos. 77, 78).

Dated: July 26, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Ocon658.eot(dis)

1