IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GLENN O'CONNOR,** | Case No. 2:19-cv-00658 KJM KJN |
| Plaintiff, | **ORDER** |
| v. | |
| **CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,** | |
| Defendants. | |

Pending before the Court is Defendants' motion to modify the Discovery and Scheduling Order. Good cause appearing, IT IS HEREBY ORDERED that Defendants' motion to modify the Discovery and Scheduling Order is GRANTED. The parties shall have until October 27, 2021, to file any dispositive motions.

Dated: October 14, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Ocon658.eot(sj)