UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN O'CONNOR, | No. 2:19-cv-0658 KJM KJN P |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | |
| Defendants. | |

Plaintiff filed a motion for extension of time to file an opposition to defendants' October 27, 2021 motion for summary judgment. Good cause appearing, plaintiff's motion is granted.

Plaintiff also filed a motion to be excused from complying with Local Rule 260(b), which requires him to reproduce defendants' statement of undisputed facts in his opposition.[1] Plaintiff alleges that due to physical illness, it would be a great burden to rewrite defendants' undisputed facts in his opposition.

Based on plaintiff's representation that rewriting defendants' statement of undisputed facts would be physically burdensome, plaintiff's motion to be excused from complying with Local Rule 260(b) is granted. However, by granting this motion, the undersigned does not

---

[1] Defendants' summary judgment motion contains a statement of 43 undisputed facts. (ECF No. 99-3.)

excuse plaintiff from his burden of addressing defendants' statement of undisputed facts. Plaintiff shall prepare his opposition to the best of his ability.

IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 101) is granted;

2. Plaintiff is granted thirty days from the date of this order in which to file an opposition to defendants' summary judgment motion;

3. Plaintiff's motion to be excused from complying with Local Rule 260(b) (ECF No. 102) is granted.

Dated:  November 30, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

ocon0658.36